# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPH AMERICA, LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>RESEARCH IN MOTION, LTD.<br>D/B/A BLACKBERRY,<br><br>             Defendant. | Case No. 3:13-cv-2320-CAB-KSC<br><br>[Doc. No. 147] |
| SPH AMERICA, LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>HUAWEI TECHNOLOGIES CO.,<br>LTD.; FUTUREWEI<br>TECHNOLOGIES, INC.; and<br>HUAWEI DEVICE USA, INC.,<br><br>             Defendants. | Case No. 3:13-cv-2323-CAB-KSC<br><br>[Doc. No. 153] |

**ORDER GRANTING MOTION TO SEAL EXHIBIT 6 TO SPH'S OPPOSITION (FILED ON MAY 2, 2016) TO DEFENDANTS' MOTION TO STRIKE SPH'S AMENDED INFRINGEMENT CONTENTIONS**

On May 5, 2016, Plaintiff filed a Motion to Seal Exhibit 6 to SPH's Opposition (filed on May 2, 2016) to Defendants' Motion to Strike SPH's

Amended Infringement Contentions. Good cause appearing, Plaintiff's Motion is **GRANTED**. The Clerk of Court is instructed to seal Exhibit 6 to SPH's Opposition (filed on May 2, 2016) to Defendants' Motion to Strike SPH's Amended Infringement Contentions. (Exhibit 6 was filed at Case No. 13-cv-2323, Dkt. 151-7; and Case No. 13-cv-2320, Dkt. 145-7.)

It is **SO ORDERED.**

Dated: May 5, 2016

_____
Hon. Cathy Ann Bencivengo
United States District Judge