

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPH America, LLC | Civil Action No. 13cv2323-CAB-KSC |
| Plaintiff, | |
| V. | |
| See Attachment | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds that SPH America has not satisfied its burden to establish standing to bring this lawsuit. Accordingly, the lawsuit is Dismissed for lack of Article III standing. It is SO ORDERED.

Date: 4/10/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 13cv2323-CAB-KSC

Huawei Technologies, Co., LTD.; Futurewei Technologies, Inc.; Huawei Device USA, Inc.
Defendant

Futurewei Technologies, Inc.; Huawei Technologies, Co., LTD.; Huawei Device USA, Inc.
Counter Claimant

V.

SPH America, LLC
Counter Defendant

Futurewei Technologies, Inc.; Huawei Technologies, Co., LTD.; Huawei Device USA, Inc.
Counter Claimant

V.

SPH America, LLC
Counter Defendant